UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 19-20789-CIV-MARTINEZ-MCALILEY

ENABLE CREATIVE, LLC, et al.,
    Plaintiffs,

vs.

CHARLES RUTENBERG REALTY, LLC, et al.,
    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Chris M. McAliley, United States Magistrate Judge, for a Report and Recommendation on Plaintiffs' amended Motion for Default Judgment against Defendants Philip Simonetta, P.A. and South Florida Cash Home Buyers, Inc., [ECF No. 41]. Magistrate Judge McAliley filed a Report and Recommendation, [ECF No. 43], recommending that (1) this Court enter default judgment against Defendant Philip Simonetta, P.A. as to liability on the following causes of action: (i) Plaintiffs' First Claim for Relief (Copyright Infringement under 17 U.S.C. § 501, *et seq.*), (ii) Plaintiffs' Second Claim for Relief (Removal of Copyright Management Information under 17 U.S.C. § 1202(b)), and (iii) Plaintiffs' Third Claim for Relief (False Copyright Management Information under 17 U.S.C. § 1202(a)); (2) this Court enter default judgment against Defendant South Florida Cash Home Buyers, Inc. as to liability on the following causes of action: (i) Fifth Claim for Relief (Common Law Trade Name Infringement) and (ii) Sixth Claim for Relief (Common Law Unfair Competition); and (3) this Court reserve ruling on an award of damages until an evidentiary hearing is conducted, the date of which will be set by separate order. This Court has reviewed the entire file and record and notes that no

objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge McAliley's Report and Recommendation, [ECF No. 43], is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. Plaintiffs' Motion for Default Judgment Against Defendants Philip Simonetta, P.A. and South Florida Cash Home Buyers, Inc., [ECF No. 41], is **GRANTED** as to liability as set forth herein.

   a. Final Default Judgment is entered against Defendant Philip Simonetta, P.A. as to liability on the following causes of action: (i) Plaintiffs' First Claim for Relief (Copyright Infringement under 17 U.S.C. § 501, *et seq.*), (ii) Plaintiffs' Second Claim for Relief (Removal of Copyright Management Information under 17 U.S.C. § 1202(b)), and (iii) Plaintiffs' Third Claim for Relief (False Copyright Management Information under 17 U.S.C. § 1202(a)).

   b. Final Default Judgment is entered against Defendant South Florida Cash Home Buyers, Inc. as to liability on the following causes of action: (i) Fifth Claim for Relief (Common Law Trade Name Infringement) and (ii) Sixth Claim for Relief (Common Law Unfair Competition).

2. The Court **RESERVES** ruling on an award of damages until an evidentiary hearing is conducted, the date of which will be set by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of September, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record
Defendants