UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20789-CIV-JEM

ENABLE CREATIVE, LLC, and
JAKE RYAN BUTTERS,

    Plaintiffs

v.

CHARLES RUTENBERG REALTY, LLC,
PHILIP SIMONETTA, P.A., SOUTH FLORIDA
CASH HOME BUYERS, INC., and
PHILIP SIMONETTA,

    Defendants.
_____/

## FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** is before the Court upon the Motion for Final Default Judgment filed by Plaintiffs Enable Creative, LLC and Jake Ryan Butters pursuant to Fed. R. Civ. P. 55(b)(2) ("Motion") (DE 53). The Court has reviewed the record and is otherwise duly advised. For the reasons set forth in the Motion, which are adopted and incorporated by reference herein, the Court concludes that the damages requested by Plaintiffs are reasonable and appropriate. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    Judgment is entered in favor of Plaintiffs ENABLE CREATIVE, LLC, and JAKE RYAN BUTTERS and against Defendants PHILIP SIMONETTA, P.A. and SOUTH FLORIDA CASH HOME BUYERS, INC. in the amount of $25,000, for which let execution issue;

2.    This Judgment shall bear interest at the rate prescribed by 28 U.S.C. §1961, and

shall be enforceable as prescribed by Federal Rule of Civil Procedure 69(a);

    3.    The Court grants Plaintiffs permanent injunctive relief. Given the default in this case, the Court adopts and incorporates, as if fully set forth herein, the well-pleaded allegations of the Complaint as its findings of fact. Based on these facts, the Court concludes that Plaintiffs have a clear legal right; an inadequate remedy at law; and will suffer irreparable harm absent injunctive relief. Accordingly, the Court **ORDERS** that:

    a. Defendant Philip Simonetta, P.A., its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Philip Simonetta, P.A. shall be permanently restrained and enjoined from copying, reproducing, distributing, adapting, and/or publicly displaying any unlawful copy of any of Mr. Butters' copyrighted photographs pursuant to 17 U.S.C. § 502;

    b. Defendant South Florida Cash Home Buyers, Inc., its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with South Florida Cash Home Buyers, Inc. shall be permanently restrained and enjoined from (i) using Plaintiff Enable Creative's trade names, "Enable Creative" and "WEFLY.MIAMI", or any similar variations thereof; (ii) using the trade name "Creative Enable," "WeFlyOver.Miami," any trade name or trademark that imitates or is confusingly similar to Enable Creative's trade names, or any trade name or trademark that is likely to cause confusion, mistake, deception, or public misunderstanding as to the origin of Enable Creative's goods and

services or their relatedness to South Florida Cash Home Buyers, Inc.; and (iii) engaging in trade name infringement, trademark infringement, unfair competition, or other activities that misappropriate Enable Creative's trade name rights;

4. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions

**DONE AND ORDERED** in Chambers, Miami, Florida, this 17th day of October 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies via CM/ECF to:

United States Magistrate Judge

Counsel of record